**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Nikia Moore, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2021-001362

Appeal From Georgetown County
Ronald R. Norton, Family Court Judge

Unpublished Opinion No. 2022-UP-370
Submitted September 21, 2022 – Filed October 3, 2022

**AFFIRMED**

Harry A. Hancock, of Columbia, for Appellant.

Russell W. Hall, III, of The Law Office of Russell W. Hall III, of Myrtle Beach, as the Guardian ad Litem for Appellant.

Lucas Marion Oates, of South Carolina Department of Social Services, of Georgetown, for Respondent.

Joe Michael Crosby, of Crosby Law Firm, LLC, of Georgetown, as the Guardian ad Litem the child.

---

**PER CURIAM:** Nikia Moore appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Moore's counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.